UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEVIN JOHNSON,

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 2:26-cv-02152-EJY

**ORDER**

Pending before the Court are Plaintiff's Application to Proceed *in forma pauperis* ("IFP") and his Complaint. ECF Nos. 1, 1-1. Plaintiff's Complaint does not (1) include a plain, short, and concise statement identifying the nature of his disagreement with the decision made by the Social Security Administration, or (2) show how he is entitled to relief. Plaintiff's Complaint only states that he is seeking the Court's review of the Social Security Administration's denial of benefits. *See* ECF No. 1-1 at 3.

"A complaint in a social security appeal is not exempt from the Section 1915(e) screening of in forma pauperis cases generally ... [or] from the general rules of civil pleading." *Montoya v. Colvin*, Case No. 2:16-cv-00454-RFB-NJK, 2016 WL 890922, at *2 (D. Nev. Mar. 8, 2016) (internal citations and quotation marks omitted). As stated in *Montoya*, Plaintiff's Complaint must set forth the following information:

> First, the plaintiff must establish that he has exhausted her administrative remedies pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within sixty days after notice of a final decision. Second, the complaint must indicate the judicial district in which the plaintiff resides. Third, the complaint must state the nature of the plaintiff's disability and when the plaintiff claims she became disabled. Fourth, the complaint must contain a plain, short, and concise statement identifying the nature of the plaintiff's disagreement with the determination made by the Social Security Administration and show that the plaintiff is entitled to relief.

*Id*. Liberally construed, Plaintiff's Complaint meets the first three requirements. First, it appears Plaintiff exhausted his administrative remedies because he received a notice from the Appeals Council stating he could file a civil action. ECF No. 1-1 at 3. Second, Plaintiff states he

resides in North Las Vegas (*id*. at 2) which is part of the District of Nevada. Third, Plaintiff does indicate that he was diagnosed with schizophrenia in 2021 and has not worked since. *Id*. at 4. The problem with Plaintiff's Complaint is the fourth requirement which requires Plaintiff to identify the nature of his disagreement with the Social Security Administration and state how he is entitled to relief. *Montoya*, 2016 WL 890922, at *2. That is, Plaintiff does not say in the Complaint what the Social Security Administration did wrong and how that mistake entitles him to benefits.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice with leave to amend. If Plaintiff chooses to file an amended complaint, Plaintiff must file an amended complaint correcting the noted deficiencies **no later than August 17, 2026**.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the form for filing a Complaint for Review of a Social Security Disability or Supplemental Security Income Decision and instructions for filing the same.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a dismissal of this action without prejudice.

Dated this 17th day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE